EJ-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, State Bar number, and telephone number)*: | |
|---|---|
| Recording requested by and return to: E 06 6040<br>ANTHONY E. BELL SBN 138811<br>Law Offices of Anthony E. Bell, Inc.<br>700 S. Flower St.<br>Suite 1100<br>Los Angeles, CA 90017 | **ISSUED** |

☐ ATTORNEY FOR   [x] JUDGMENT CREDITOR   ☐ ASSIGNEE OF RECORD

~~SUPERIOR COURT OF CALIFORNIA, COUNTY OF~~ U.S.D.C.
STREET ADDRESS: 2500 Tulare St.
MAILING ADDRESS: 2500 Tulare St.
CITY AND ZIP CODE: Fresno, 93721
BRANCH NAME: Eastern District of California, Fresno Division

*FOR RECORDER'S USE ONLY*

PLAINTIFF: Echostar Satellite LLC. et al

DEFENDANT: Cludia Ramirez, Aquiles Ramirez et al.

CASE NUMBER: 1:06-mc-41

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**   ☐ Amended

*FOR COURT USE ONLY*

1. The [x] judgment creditor ☐ assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address
      ```
      Claudia Ramirez
      3828 N. Brix Ave.
      Fresno, CA 93722
      ```
   b. Driver's license No. and state:                          [X] Unknown
   c. Social security No.: 606-16-xxxx                         ☐ Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address)*: Claudia Ramirez
      3828 N. Brix Ave. Fresno, CA 93722

2. [x] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor *(name and address)*:
   Echostar Satellite LLC. c/o Anthoney E. Bell, Esq.
   700 S. Flower St. #1100, Los Angeles, CA 90017
4. ☐ Information on additional judgment creditors is shown on page 2.
5. ☐ Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

Date: 11/7/2006
Anthony E. Bell
(TYPE OR PRINT NAME)                                          /s/
                                                              (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $ 56,400
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on *(date)*: 11/1/05
   b. Renewal entered on *(date)*:
9. ☐ This judgment is an installment judgment.

[SEAL]

This abstract issued on *(date)*:
11-15-06

10. ☐ An ☐ execution lien ☐ attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address)*:

11. A stay of enforcement has
    a. [x] not been ordered by the court.
    b. ☐ been ordered by the court effective until *(date)*:

12. a. ☐ I certify that this is a true and correct abstract of the judgment entered in this action.
    b. ☐ A certified copy of the judgment is attached.
    Clerk, by **Victoria C. Minor**, Deputy
    S. MARTIN

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. January 1, 2006]

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

Legal Solutions Plus

COPY

| PLAINTIFF: Echostar Satellite LLC. et al | CASE NUMBER: |
|---|---|
| DEFENDANT: Cludia Ramirez, Aquiles Ramirez et al. | 1:06-mc-41 |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16. Name and last known address

Aquiles Ramirez
3828 N. Brix Ave.
Fresno, CA 93722

Driver's license No. & state: ☒ Unknown
Social security No.: 006-98-xxxx  ☐ Unknown
Summons was personally served at or mailed to *(address):*
Aquiles Ramirez
3828 N. Brix Ave.
Fresno, CA 93722

17. Name and last known address

Driver's license No. & state: ☐ Unknown
Social security No.: ☐ Unknown
Summons was personally served at or mailed to *(address):*

18. Name and last known address

Driver's license No. & state: ☐ Unknown
Social security No.: ☐ Unknown
Summons was personally served at or mailed to *(address):*

19. Name and last known address

Driver's license No. & state: ☐ Unknown
Social security No.: ☐ Unknown
Summons was personally served at or mailed to *(address):*

20. Name and last known address

Driver's license No. & state: ☐ Unknown
Social security No.: ☐ Unknown
Summons was personally served at or mailed to *(address):*

21. Name and last known address

Driver's license No. & state: ☐ Unknown
Social security No.: ☐ Unknown
Summons was personally served at or mailed to *(address):*

22. ☐ Continued on Attachment 22.